# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 11, 2025

### NO.  03-23-00268-CV

**Valeria Indira Tanner, Appellant**

**v.**

**Derrick Thedell Tanner, Appellee**

---

**APPEAL FROM COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY**
**BEFORE JUSTICES TRIANA, KELLY AND CRUMP**
**AFFIRMED -- OPINION BY JUSTICE TRIANA**

---

This is an appeal from the order signed by the trial court on March 22, 2023.  Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order.  Therefore, the Court affirms the trial court's order.  The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.